IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATRELL THOMAS, | 1:10-cv-00006-SMS (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS |
| vs. | OR PAY FILING FEE WITHIN 45 DAYS |
| M. WILBER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983, filed an application to proceed in forma pauperis on January 4, 2010. 28 U.S.C. § 1915. However, the application form was deficient in that it does not set forth plaintiff's authorization for the withdrawal of the filing fee from his trust account, if and when funds are available. Id. Plaintiff shall either file a new application to proceed in forma pauperis, using the proper form supplied with this order, or pay the $350.00 filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or, in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**.

///

-1-

1 | **Failure to comply with this order will result in dismissal of this action.**

3 | IT IS SO ORDERED.

4 | **Dated:** January 11, 2010       /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE