# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATRELL THOMAS,<br><br>    Plaintiff,<br><br>   v.<br><br>M. WILBER, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:10-cv-00006-AWI-SKO PC<br><br>AMENDED SCHEDULING ORDER<br><br>(Docs. 24, 44, and 49)<br><br>Discovery Deadline - 11/19/2012<br>Dispositive Motion Deadline - 02/19/2013 |

    The discovery and scheduling order filed on August 9, 2011, is HEREBY AMENDED as follows:

    1.    The deadline for the completion of all discovery, including filing motions to compel, is November 19, 2012;

    2.    The deadline for filing pre-trial dispositive motions is February 19, 2013;

    3.    **A request for an extension of a deadline set in this order must be filed on or before the expiration of the deadline in question**; and

    4.    **Extensions of time will only be granted on a showing of good cause.**

IT IS SO ORDERED.

**Dated:**   August 13, 2012                   /s/ Sheila K. Oberto
                                                                 UNITED STATES MAGISTRATE JUDGE