1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

9    JASON LATRELL THOMAS,          CASE NO. 1:10-cv-00006-AWI-SKO PC

10                Plaintiff,         AMENDED SCHEDULING ORDER

11       v.                     (Docs. 24, 44, and 49)

12    M. WILBER, et al.,              Discovery Deadline - 11/19/2012
13               Defendants.      Dispositive Motion Deadline - 02/19/2013

14

15        The discovery and scheduling order filed on August 9, 2011, is HEREBY AMENDED as
16 follows:

17      1.      The deadline for the completion of all discovery, including filing motions to compel,
18           is November 19, 2012;

19      2.      The deadline for filing pre-trial dispositive motions is February 19, 2013;

20      3.      **A request for an extension of a deadline set in this order must be filed on or**
21           **before the expiration of the deadline in question**; and

22      4.      **Extensions of time will only be granted on a showing of good cause.**

23

24   IT IS SO ORDERED.

25   **Dated:**    **August 13, 2012**            **/s/ Sheila K. Oberto**
26                            UNITED STATES MAGISTRATE JUDGE

27

28