# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATRELL THOMAS,<br><br>        Plaintiff,<br><br>    v.<br><br>M. WILBER, et al.,<br><br>        Defendants. | CASE NO. 1:10-cv-00006-AWI-SKO PC<br><br>ORDER STRIKING DUPLICATIVE MOTION TO COMPEL, AND REQUIRING DEFENDANTS TO RE-SERVE OPPOSITION AND FILE AMENDED CERTIFICATE OF SERVICE WITHIN TEN DAYS<br><br>(Doc. 53) |

Plaintiff Jason Latrell Thomas, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 4, 2010. On September 4, 2012, Plaintiff filed a duplicative motion to compel, which he represents cures a deficiency with his original motion to compel as it relates to service by mail and the number of copies provided.

Plaintiff filed a motion to compel filed on July 2, 2012, and Defendants filed an opposition on July 20, 2012. It is unnecessary for Plaintiff to file a duplicative motion to compel, as there are no procedural deficiencies to be cured regarding service or the number of copies provided. However, the Court notes that Plaintiff filed a notice of change of address to CSP-Sacramento on July 16, 2012, but Defendants served their opposition on Plaintiff at his previous institution.

Accordingly, Plaintiff's duplicative motion to compel is HEREBY STRICKEN from the record; and within **ten (10) days** from the date of service of this order, Defendants SHALL re-serve

///
///
///
///

1

1  their opposition on Plaintiff at his current address and file an amended certificate of service with the
2  Court.

6  IT IS SO ORDERED.

7  **Dated:   September 5, 2012**                         /s/ Sheila K. Oberto
                                                        UNITED STATES MAGISTRATE JUDGE