# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATRELL THOMAS, | CASE NO. 1:10-cv-00006-AWI-SKO PC |
| Plaintiff, | ORDER DENYING MOTION AS MOOT IN LIGHT OF ORDER FILED FEBRUARY 15, 2013 |
| v. | |
| M. WILBER, et al., | (Doc. 60) |
| Defendants. | |

Plaintiff Jason Latrell Thomas, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 4, 2010. On March 1, 2013, Plaintiff filed a motion seeking a court order requiring Defendants' counsel to call the prison and request that Plaintiff's legal property be returned to him.

The Court addressed this issue in an order filed on February 15, 2013. Pursuant to the order, Plaintiff should be receiving notice from counsel regarding the status of his property. Accordingly, Plaintiff's second motion is HEREBY DENIED as moot.

IT IS SO ORDERED.

**Dated:   March 4, 2013**          /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE

1