# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATRELL THOMAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. WILBER, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:10-cv-00006-AWI-SKO (PC)<br><br>ORDER REQUIRING DEFENDANTS TO FILE STATUS REPORT REGARDING PLAITNIFF'S PROPERTY AND ACCESS TO LEGAL MATERIAL OR SERVICES WITHIN THIRTY DAYS<br><br>(Doc. 93) |

Plaintiff Jason Latrell Thomas, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 4, 2010. This case is set for jury trial on May 5, 2015. On April 24, 2014, Plaintiff filed a motion seeking the appointment of counsel. In the motion, Plaintiff states that his personal and legal property was destroyed by prison officials.[1] In addition, Plaintiff's mental health issues and resulting interruptions to access to legal material are documented in the record.

Accordingly, the Court HEREBY ORDERS as follows:

1.　　Within **thirty (30) days** from the date of service of this order, Defendants shall file a status report, supported by evidence, addressing the current status of Plaintiff's property and his access to legal material and/or services;

---

[1] Plaintiff's assertion that all of his legal material was destroyed on September 11, 2013, is contradicted by the record. (Docs. 82, 84, 88, 89, 90.) Plaintiff is warned that if the Court determines that he had made false statements, he will be subject to sanctions, up to and including dismissal of this action. Misrepresentations to the Court will not be tolerated.

2. Plaintiff may file a response within **thirty (30) days** from the date of service of the status report; and

3. Defendants may file a reply within **fifteen (15) days** from the date Plaintiff's response is filed.

IT IS SO ORDERED.

Dated:   **April 30, 2014**                               /s/ Sheila K. Oberto
                                                           UNITED STATES MAGISTRATE JUDGE