# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATRELL THOMAS,<br><br>         Plaintiff,<br><br>    v.<br><br>M. WILBER, et al.,<br><br>         Defendants.<br>_____/ | Case No.  1:10-cv-00006-SKO (PC)<br><br>ORDER STRIKING DUPLICATIVE MOTIONS<br><br>(Docs. 115 and 118)<br><br>ORDER DISREGARDING LATE REPLY<br><br>(Doc. 117) |

Plaintiff Jason Latrell Thomas, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 4, 2010.  This matter is currently set for jury trial on May 5, 2015, and the case has been referred to the Eastern District of California's Pro Bono Program for appointment of voluntary counsel to represent Plaintiff.  (Docs. 97, 114.)

On August 21, 2014, Plaintiff filed (1) a motion to compel and to subpoena witnesses and documents, (2) a reply brief, and (3) a motion for reconsideration and to compel production of documents.  (Docs. 115, 117, 118.)

Plaintiff's two motions are duplicative of previous filings which were considered and decided by the Court.  (Docs. 102, 108, 112, 113.)  Accordingly, Plaintiff's two duplicative motions are HEREBY ORDERED STRICKEN from the record.

1  Plaintiff's reply brief is long overdue and his motion to which it relates was denied on
2  August 4, 2014.  (Docs. 102, 107, 112.)  The Court nevertheless reviewed the reply brief, *see*
3  *Douglas v. Noelle*, 567 F.3d 1103, 1107 (9th Cir. 2009), but earlier receipt of the reply would not
4  have altered the ruling on Plaintiff's motion to compel.  Accordingly, Plaintiff's reply brief is
5  deemed considered but DISREGARDED.

IT IS SO ORDERED.

Dated:   **August 25, 2014**                    /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE

2