# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATRELL THOMAS, | Case No. 1:10-cv-00006-SKO (PC) |
| Plaintiff, | ORDER APPOINTING STEVEN A. WHITWORTH AS VOLUNTARY COUNSEL FOR PLAINTIFF |
| v. | |
| M. WILBER, et al., | (Doc. 114) |
| Defendants. | |

Plaintiff Jason Latrell Thomas, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 4, 2010. Pursuant to the scheduling order filed on April 30, 2014, this matter is currently set for jury trial on May 5, 2015, on the following federal constitutional claims: (1) Plaintiff's Eighth Amendment excessive force claim against Defendants Vikjord and Hernandez, (2) Plaintiff's First Amendment retaliation claim against Defendants Vikjord and Hernandez arising out of the use of force on August 25, 2007, and (3) Plaintiff's First Amendment retaliation claim against Defendants Frescura and Price arising out of the use of force on or around February 18, 2007.

On August 4, 2014, the Court granted Plaintiff's motion for the appointment of counsel, and referred this matter to the Pro Bono Program of the Eastern District of California for the appointment of voluntary counsel to represent Plaintiff in this action. Steven A. Whitworth has agreed to be appointed as voluntary counsel for Plaintiff.

///

Accordingly, IT IS HEREBY ORDERED that:

1. Steven A. Whitworth is appointed to represent Plaintiff in the above entitled matter;
2. Mr. Whitworth shall notify Sujean Park, at (916) 930-4278 or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment; and
3. The Clerk of the Court is directed to serve a copy of this order on: (1) Steven A. Whitworth, Law Office of Steve Whitworth, 705 F Street, Sacramento, CA, 95814, and (2) Plaintiff Jason Latrell Thomas, #T-13205, at California State Prison-Sacramento.

IT IS SO ORDERED.

Dated:   **September 22, 2014**             **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE