# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATRELL THOMAS,<br><br>            Plaintiff,<br><br>      v.<br><br>M. WILBER, et al.,<br><br>            Defendants.<br>_____/ | Case No.  1:10-cv-00006-SKO (PC)<br><br>ORDER VACATING SECOND SCHEDULING ORDER, DIRECTING PARTIES TO CONFER, AND DIRECTING DEFENDANTS' COUNSEL TO CALENDAR TELEPHONIC TRIAL SETTING CONFERENCE WITHIN THIRTY DAYS<br><br>(Doc. 97) |

On September 22, 2014, the Court appointed Steven A. Whitworth, Esquire, to represent Plaintiff Jason Latrell Thomas in this action. In light of the appointment of counsel, the Court HEREBY ORDERS as follow:

1. The second scheduling order, filed on April 30, 2014, is VACATED; and

2. Within **thirty (30) days** from the date of service of this order, the parties shall confer regarding mutually agreeable dates to appear telephonically for a trial setting conference and Defendants' counsel shall contact Courtroom Deputy Alice Timken at (559) 499-5790 to calendar the hearing.

IT IS SO ORDERED.

Dated:   **September 22, 2014**            /s/ Sheila K. Oberto
                                           UNITED STATES MAGISTRATE JUDGE