# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATRELL THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>M. WILBER, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:10-cv-00006-SKO (PC)<br><br>ORDER REQUIRING PLAINTIFF TO COMPLY WITH AMENDED SCHEDULING ORDER ON OR BEFORE MARCH 20, 2015<br><br>(Doc. 130) |

On December 19, 2014, the Court issued an amended scheduling order requiring Plaintiff to file his amended pretrial statement on or before March 16, 2015. (Doc. 130.) The deadline has expired and Plaintiff did not file an amended pretrial statement.

Plaintiff is HEREBY ORDERED to file his pretrial statement on or before Friday, March 20, 2015. The failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:  **March 17, 2015**                         **/s/ Sheila K. Oberto**
                                                                         UNITED STATES MAGISTRATE JUDGE