# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATRELL THOMAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. WILBER, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No.  1:10-cv-00006-SKO (PC)<br><br>**ORDER REQUIRING STEVE WHITWORTH, ESQUIRE, TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED AGAINST HIM**<br><br>(Docs. 130 and 131) |

　　　　The Court appointed counsel to represent Plaintiff Jason Thomas on September 22, 2014. This action is set for a telephonic trial confirmation hearing on May 6, 2015, and for a jury trial on June 2, 2015. Pursuant to the amended scheduling order filed on December 19, 2014, Plaintiff's counsel was required to file an amended pretrial statement on or before March 16, 2015. Plaintiff's counsel failed to comply and on March 17, 2015, the Court issued an order requiring compliance by March 20, 2015. Plaintiff's counsel again failed to comply.

　　　　Accordingly, Steve Whitworth, Esquire, is HEREBY ORDERED to show cause within **seven (7) days** why sanctions in the amount of $500.00 should not be imposed against him for failing to comply with the Court's orders.

IT IS SO ORDERED.

　　Dated:　**March 23, 2015**　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE