# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATRELL THOMAS, | Case No. 1:10-cv-00006-SKO (PC) |
| Plaintiff, | ORDER CONTINUING DEFENDANTS' PRETRIAL STATEMENT DEADLINE FROM APRIL 6, 2015, TO APRIL 13, 2015 |
| v. | |
| M. WILBER, et al., | (Doc. 130) |
| Defendants. | |

In light of the order to show cause filed on March 23, 2016, relating to Plaintiff's failure to file his pretrial statement, the deadline for Defendants to file their pretrial statement is extended from April 6, 2015, to April 13, 2015.

IT IS SO ORDERED.

Dated: **March 27, 2015**           **/s/ Sheila K. Oberto**
                                     UNITED STATES MAGISTRATE JUDGE