1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10

JASON LATRELL THOMAS,

11
Plaintiff,

12
v.

13
M. WILBER, et al.,

14
Defendants.

_____/

Case No.  1:10-cv-00006-SKO (PC)

**ORDER SETTING AMENDED
PRETRIAL STATEMENT DEADLINES**

(Docs. 130-134)

**Plaintiff's Pretrial Statement Deadline: 04/20/2015
Defendants' Pretrial Statement Deadline: 04/27/2015**

15

16          This case is set for a telephonic trial confirmation hearing on May 6, 2015, and jury trial on

17   June 2, 2015.  The Court is in receipt of Plaintiff's counsel's response to the order to show cause

18   filed on March 23, 2015.  Based on counsel's response, the Court HEREBY ORDERS as follows:

19          1.        Plaintiff is required to file his pretrial statement on or before April 20, 2015;

20          2.        Defendants are required to file their pretrial statement on or before April 27, 2015;

21   and

22          3.        Discharge of the order to show cause is deferred pending the timely filing of

23   Plaintiff's pretrial statement.

24

25   IT IS SO ORDERED.

26      Dated:   **April 7, 2015**                              **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28