# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATRELL THOMAS, | Case No. 1:10-cv-00006-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF AS MOOT |
| v. | |
| M. WILBER, et al., | (Doc. 140) |
| Defendants. | |

On April 29, 2015, Steven A. Whitworth, Esquire, filed a motion seeking to withdraw as counsel of record for Plaintiff Jason Latrell Thomas.  In light of the order relieving him as counsel of record for Plaintiff, issued concurrently with this order, counsel's motion is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:   __April 30, 2015__                              __/s/ Sheila K. Oberto__
                                                                       UNITED STATES MAGISTRATE JUDGE