# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATRELL THOMAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. WILBER, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:10-cv-00006-SKO (PC)<br><br>ORDER ADDRESSING MOTION, DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF COURTESY COPY OF DOCKET, AND DIRECTING PLAINTIFF'S COUNSEL TO ADDRESS PROPERTY ISSUE WITH PRIOR ATTORNEY<br><br>(Doc. 144) |

  Plaintiff Jason Latrell Thomas, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 4, 2010. This case is ready to be set for jury trial on the following federal constitutional claims: (1) an Eighth Amendment excessive force claim against Defendants Vikjord and Hernandez, (2) a First Amendment retaliation claim against Defendant Vikjord arising out of the use of force on August 25, 2007, and (3) a First Amendment retaliation claim against Defendants Frescura and Price arising out of the use of force on or around February 18, 2007. On May 8, 2015, the Court appointed counsel to represent Plaintiff for the second time. 28 U.S.C. § 1915(e).

  On May 11, 2015, Plaintiff filed a motion requesting a court order directing his prior appointed counsel to return his legal material and personal photographs. Plaintiff is represented by counsel, through whom all filings must be made. However, the Court will send Plaintiff a courtesy copy of the docket, and Plaintiff's counsel is directed to address the property issue with

Plaintiff's prior counsel.  The Court will request a status on the issue at the telephonic hearing set for June 3, 2015, at 9:15 a.m.

Accordingly, the Court HEREBY ORDERS as follows:

1. Plaintiff's motion is deemed addressed;
2. The Clerk's Office shall send Plaintiff a courtesy copy of the docket at California Health Care Facility;[1] and
3. Plaintiff's counsel is directed to address the property issue with Plaintiff's prior attorney.

IT IS SO ORDERED.

Dated: **May 14, 2015**               /s/ Sheila K. Oberto
                                UNITED STATES MAGISTRATE JUDGE

---

[1] Doc. 141, p. 6, lns. 4-5.