IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON LATRELL THOMAS

                         Plaintiff(s)

              vs.

WILBER, ET AL.

                         Defendants.

                                        /

No. | 1:10-CV-0006-SKO

REQUEST FOR AUTHORITY TO INCUR
COSTS (APPOINTED COUNSEL) AND
REQUEST FOR PAYMENT


### REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the
cost for which reimbursement is requested.

I, | Michael McKneely                    , attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on | May 8, 2015              , by the
Honorable | Sheila K. Oberto            , United States District Judge/Magistrate Judge.
I believe that the following course of action is reasonably necessary to the prosecution of this
action:

Travel by personal vehicle to the California Health Care Facility in Stockton, California and consult with
my client for the first time.

**Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar
documentation. Without such documentation, counsel will not be reimbursed.**

I have made reasonable inquiry and believe that the cost of this course of action will not exceed
the amount of $ | $133.40            .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated
above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:10-cv-00006-SKO

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 23 day of June , 20 15 , at Fresno , California.

Attorney for Plaintiff(s)

The above expenditure is ☒ Approved _____ Denied

~~Or.~~

~~_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____ , on _____ , at _____ , ____.M. in Courtroom Number _____ .~~

Dated: 7/11/15

United States ~~District Judge~~/Magistrate Judge