# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATRELL THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>M. WILBER, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:10-cv-00006-SKO (PC)<br><br>ORDER GRANTING REQUEST FOR THIRTY-DAY EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS<br><br>(Doc. 163) |

Plaintiff Jason Latrell Thomas ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 4, 2010. On September 22, 2014, the Court appointed counsel to represent Plaintiff. 28 U.S.C. § 1915(e). This action is proceeding to trial on Plaintiff's (1) Eighth Amendment excessive force claim against Defendants Vikjord and Hernandez, (2) First Amendment retaliation claim against Defendant Vikjord arising out of the use of force on August 25, 2007, and (3) First Amendment retaliation claim against Defendants Frescura and Price arising out of the use of force on or around February 18, 2007.

On December 2, 2015, Plaintiff filed a notice of settlement. On December 22, 2015, Plaintiff filed a status report and a request for a thirty-day extension of time to file the dispositional documents. Local Rule 160(b).

///

///

Good cause having been shown, Plaintiff's request for a thirty-day extension of time to file dispositional documents in compliance with Local Rule 160(b) is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   **January 4, 2016**                              **/s/ Sheila K. Oberto**
                                                         UNITED STATES MAGISTRATE JUDGE