FILED

MAY 04 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATRELL THOMAS, | Case No. 1:10-cv-00006-SKO-PC |
| Plaintiff, | ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING THE PRODUCTION OF PLAINTIFF FOR SETTLEMENT CONFERENCE |
| v. | |
| M. WILBUR, et al., | |
| Defendants. | |

This matter was set for a settlement conference on May 4, 2016, and the Court issued a writ of habeas corpus ad testificandum commanding the production of Plaintiff to the courthouse on May 4, 2016, at 1:30 a.m.

Accordingly, Plaintiff Jason Latrell Thomas, CDCR No. T-13205, is no longer needed by the Court in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY VACATED.

IT IS SO ORDERED.

Date: May 4, 2016

                                        /s/ Jennifer L. Thurston
                                        Magistrate Judge Jennifer L. Thurston

1