# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATTRELL THOMAS,<br><br>           Plaintiff,<br><br>     v.<br><br>M. WILBER, et al.,<br><br>           Defendants. | Case No.  1:10-cv-00006-SKO (PC)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PER STIPULATION**<br><br>**(Doc. 173)** |

      Plaintiff, Jason Lattrell Thomas, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  On May 5, 2016, the parties submitted a fully executed stipulation for voluntary dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Doc. 173.)

      In accordance with the parties' stipulation, it is HEREBY ORDERED that this action is dismissed with prejudice and the Clerk of the Court is ordered to close the case.

IT IS SO ORDERED.

Dated:     **May 9, 2016**                                        **/s/ Sheila K. Oberto**
                                                                  UNITED STATES MAGISTRATE JUDGE